IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN ELWAIN HERNDON                                                                                    PLAINTIFF

v.                                            Case No. 6:24-cv-06129

WELLPATH, INC.; DR. NANETTE
VOWELL; CRYSTAL MCCOY;
CNA HARRIS; TERRA PATROM; and
ABIGAIL FRYAR                                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 25, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21). Judge Ford recommends that Plaintiff's Motion to Dismiss (ECF No. 19) be granted and the case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 21).

No party has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 21) *in toto*. Accordingly, the Court finds that Plaintiff's Motion to Dismiss (ECF No. 19) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of July, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge